# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS QUNITANILLA, Inmate Booking No. A205753262,<br><br>                              Plaintiff,<br><br>      vs.<br><br>SIX UNKNOWN NAMES AGENTS; BARACK OBAMA,<br><br>                    Defendants. | Civil No.    14cv0628 WQH (MDD)<br><br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEES REQUIRED BY 28 U.S.C. § 1914(a) AND/OR FAILING TO MOVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915(a)** |

Plaintiff, currently detained at the Etowah County Detention Center in Gadsden, Alabama, and proceeding pro se, filed an incomprehensible one-page complaint entitled "Civil Rights Action with the Writ of Summons and Complaint" "under 42 U.S.C. § 1983" on March 17, 2014 (ECF Doc. No. 1).

/ / /

1  **I.  FAILURE TO PAY FILING FEE OR REQUEST IFP STATUS**

2  All parties instituting any civil action, suit or proceeding in any district court of

3  the United States, except an application for writ of habeas corpus, must pay a filing fee

4  of $400. <u>See</u> 28 U.S.C. § 1914(a).[1] An action may proceed despite a party's failure to

5  pay this filing fee only if the party is granted leave to proceed <u>in forma pauperis</u> ("IFP")

6  pursuant to 28 U.S.C. § 1915(a). <u>See</u> <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1051 (9th

7  Cir. 2007); <u>Rodriguez v. Cook</u>, 169 F.3d 1176, 1177 (9th Cir. 1999).

8  Plaintiff has not prepaid the $400 in filing and administrative fees required to

9  commence a civil action, nor has he submitted a Motion to Proceed IFP pursuant to 28

10  U.S.C. § 1915(a).  Therefore, the case cannot yet proceed.  <u>See</u> 28 U.S.C. § 1914(a);

11  <u>Andrews</u>, 493 F.3d at 1051.

12  **II.  CONCLUSION AND ORDER**

13  For the reasons set forth above, the Court hereby:

14  (1)  **DISMISSES** this action sua sponte without prejudice for failing to pay the

15  $400 civil filing and administrative fee or submit a Motion to Proceed IFP pursuant to

16  28 U.S.C. § 1914(a) and § 1915(a); and

17  (2)  **GRANTS** Plaintiff **forty five (45)** days leave from the date this Order is

18  filed to:    (a) prepay the entire $400 civil filing and administrative fee in full; *or*

19  (b) complete and file a Motion to Proceed IFP which includes a certified copy of his trust

20  account statement for the 6-month period preceding the filing of his Complaint. <u>See</u> 28

21  U.S.C. § 1915(a)(2); S.D. CAL. CIVLR 3.2(b).

22  **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff

23  with this Court's approved form "Motion and Declaration in Support of Motion to

24  Proceed <u>In Forma Pauperis</u>."  If Plaintiff fails to either prepay the $400 civil filing fee

25

26

27  [1]  In addition to the $350 statutory fee, all parties filing civil actions on or after May 1, 2013, must pay an additional administrative fee of $50. <u>See</u> 28 U.S.C. § 1914(a), (b); Judicial

28  Conference Schedule of Fees, District Court Misc. Fee Schedule, eff. May 1, 2013.  However, the additional $50 administrative fee is waived if the plaintiff is granted leave to proceed IFP. <u>Id.</u>

1 | or complete and submit the enclosed Motion to Proceed IFP within that time, this action
2 | shall remain dismissed without prejudice and without further Order of the Court.

3 | DATED: _____3/25/14_____      _____

HON. WILLIAM Q. HAYES
United States District Judge